EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re: | |
|---|---|
| | 2026 TSPR 7 |
| Pablo J. Oller López | 217 DPR ___ |

Número del Caso:  TS-13,669

Fecha:  26 de enero de 2026

Materia: Reinstalación al ejercicio de la abogacía.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re*: | |
| Pablo J. Oller López | Núm. TS-13,669 |

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 26 de enero de 2026.

Examinada la *Moción en cumplimiento de orde[n] e informando pago de multa por incumplimiento al PEJC*, presentada el 26 de enero de 2026, por el Sr. Pablo José Oller López, se da por cumplida la orden del 23 de enero de 2026. A tales efectos, se autoriza su reinstalación al ejercicio de la abogacía.

Publíquese.

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo Interina. El Juez Asociado señor Colón Pérez no intervino.


Bettina Zeno González
Secretaria del Tribunal Supremo Interina